# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF _____Texas_____

| UNITED STATES OF AMERICA | § | EXHIBIT AND WITNESS LIST |
|---|---|---|
| VS | § | |
| ARTURO ELIZONDO (2) | § | Cnsl: Norman Silverman for Arturo Elizondo |
| RICARDO AVILEZ (4) | § | Cnsl: Russell Wright Ricardo Avilez |
| CYNTHIA LOPEZ (5) | § | Cnsl: John McElory for Cynthia Lopez |
| SIDNEY ANTHONY WORRELL (10) | § | Cnsl: Mark Bennett for Sidney Worrell |

CASE NO. 1:17CR153 (2)(4)(5)(10)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY -) | DEFENDANT'S ATTORNEY - |
|---|---|---|
| Keith F. Giblin | Chris Rapp | See Above |
| Trial date(s): | COURT REPORTER | COURTROOM DEPUTY |
| February 26, 2018 | Sherré White (ECRO) | Sherré White |

| Crt. No. | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 1 | | | 2/26/2018 | 2/26/2018 | 2/26/2018 | Indictment from 12/5/2017 |
| 2 | | | 2/26/2018 | 2/26/2018 | 2/26/2018 | Pretrial Services Report for Arturo Elizondo (2) (SEALED) - w/o recommendation |
| 3 | | | 2/26/2018 | 2/26/2018 | 2/26/2018 | Pretrial Services Report for Ricardo Avilez (4) (SEALED w/o recommendation |
| 4 | | | 2/26/2018 | 2/26/2018 | 2/26/2018 | Pretrial Services Report for Cynthia Lopez (5) (SEALED) w/o recommendation |
| 5 | | | 2/26/2018 | 2/26/2018 | 2/26/2018 | Pretrial Services Report for Sidney Anthony Worrell (10) (SEALED) w/o recommendation |
| | | AE-1 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Flatbed Work Truck |
| | | AE-2 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Flatbed Work Truck |
| | | AE-3 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Flatbed Work Truck |
| | | AE-4 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Flatbed Work Truck |
| | | AE-4 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Flatbed Work Truck |
| | | AE-5 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Flatbed Work Truck |
| | | AE-6 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Flatbed Work Truck (Rheem Units) |
| | | AE-7 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Flatbed Work Truck (yellow spool) |
| | | AE-8 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Flatbed Work Truck (Wooden Crate) |
| | | AE-9 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Flatbed Work Truck (Equipment) |
| | | AE-10 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Flatbed Work Truck (Green bags) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 1 of __2___

AO 187A (Rev.7/87)  EXHIBIT & WITNESS LIST (Continued)

| CASE STYLE: USA vs Alvaro Romero, et al | CASE NO. 1:17cr153 |
|---|---|

| Crt No | PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | AE-11 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Defendant, Arturo Elizondo Children |
| | | AE-12 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Defendant, Arturo Elizondo and Family |
| | | AE-13 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Defendant, Arturo Elizondo and children |
| | | AE-14 | 2/26/2018 | 2/26/2018 | 2/26/2018 | Photo of Defendant, Arturo Elizondo and Family |
| | | | | | | |
| | | | | | | Government Witness(s): |
| | | | | | | James Emmerson (W1) |
| | | | | | | Defendant, Arturo Elizondo Witness(s): |
| | | | | | | Claudia Elizondo (W2) |
| | | | | | | Defendant, Ricardo Avilez Witness(s): |
| | | | | | | Thelma Orozco (W3) |
| | | | | | | Defendant, Cynthia Lopez Witness(s): |
| | | | | | | Maria Zavary (W4) |
| | | | | | | Defendant, Sidney Worrell Witness(s): |
| | | | | | | Gloria Worrell (W5) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page  2  of  2  Pages