

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

The following cases are set for a jury selection and trial on, **Monday, <u>August 19, 2019</u> at 9:00 a.m**., in Courtroom No. 1, United States Courthouse, Beaumont, Texas. **Signed plea agreements in criminal cases should be submitted ONE WEEK prior to this date.** Requested jury instructions and exhibit and witness lists in criminal cases should be filed at least two business days before the trial date.

Joint final pre-trial orders and requested jury instructions for civil cases should be delivered to the court at least **fourteen** days before the pretrial hearing and trial scheduling. In civil cases, for each proposed instruction or question to be submitted to the jury, the parties shall provide the court with the applicable legal authority that supports the submission. In addition to filing the proposed jury instructions in the clerk's office, the parties shall provide this court's chambers with their instructions on a diskette that is WordPerfect compatible.

Audiotapes and videotapes used during the trial must be accompanied by a transcript.

**PRETRIAL HEARING AND TRIAL SCHEDULING**
**U.S. District Judge Thad Heartfield, Presiding**
**August 19, 2019**

## CRIMINAL CASES

17-CR-153-2          USA V. ARTURO ELIZONDO

    G:     Christopher Rapp
    D:     Daphne Silverman


17-CR-153-6          USA V. JOSE RUBIO-VILLEGAS

    G:     Christopher Rapp
    D:     Reynaldo Morin


17-CR-153-7          USA V. INES RUBIO-VILLEGAS

    G:     Christopher Rapp
    D:     Jared Gilthorpe


17-CR-153-8          USA V. ALEXANDER ALONSO-MASCORRO

    G:     Christopher Rapp
    D:     Joel Vazquez


17-CR-153-10         USA V. SIDNEY ANTHONY WORRELL

    G:     Christopher Rapp
    D:     Mark Bennett


18-CR-38-1           USA V. JONATHAN MATTHEW TORRES

    G:     Chris Tortorice
    D:     Ryan Gertz


18-CR-132-1          USA V. RUBEN FLORES-PULIDO

|   |   |
|---|---|
| G: | Randy Fluke |
| D: | Rey Morin |

18-CR-132-2        USA V. IVAN CASTANO-AGUIRRE

|   |   |
|---|---|
| G: | Randy Fluke |
| D: | Juan Guerra |

18-CR-132-3        USA V. ROBERTO FUENTES

|   |   |
|---|---|
| G: | Randy Fluke |
| D: | Kent Schaffer |

18-CR-132-4        USA V. JAVIER HERNANDEZ

|   |   |
|---|---|
| G: | Randy Fluke |
| D: | Jared Gilthorpe |

18-CR-132-5        USA V. JEFFERY EDUARDO SALINAS-ALEMAN

|   |   |
|---|---|
| G: | Randy Fluke |
| D: | Joel Vazquez |

18-CR-132-7        USA V. JOSE LUIS SALAS

|   |   |
|---|---|
| G: | Randy Fluke |
| D: | Jimmy Ortiz |

19-CR-42-1         USA V. LANCE TREVOI SHEPHERD

|   |   |
|---|---|
| G: | Russell James |
| D: | Cheryl Irvin |

19-CR-42-2         USA V. GLYNN MICHAEL FRYE

|   |   |
|---|---|
| G: | Russell James |
| D: | John McElroy |

| | | |
|---|---|---|
| 19-CR-48-1 | | USA V. DARRELL OLIVER LEWIS |
| | G: | Chris Tortorice |
| | D: | Thomas Burbank |

| | | |
|---|---|---|
| 19-CR-48-2 | | USA V. LANYALE BRIANA BRIGGS |
| | G: | Chris Tortorice |
| | D: | Gary Bonneaux |

| | | |
|---|---|---|
| 19-CR-57 | | USA V. IVAN CARVAJAL |
| | G: | Randy Fluke |
| | D: | David Barlow |

| | | |
|---|---|---|
| 19-CR-62 | | USA V. BYRON O'KEITH SCOTT |
| | G: | Kennedy Gate |
| | D: | Gary Bonneaux |

| | | |
|---|---|---|
| 19-CR-64 | | USA V. CHRISTOPHER BENJAMIN MONTGOMERY |
| | G: | Russell James |
| | D: | Gary Bonneaux |

| | | |
|---|---|---|
| 19-CR-65 | | USA V. TAVORIS BOTTLEY |
| | G: | Michael Anderson |
| | D: | Thomas Roebuck |

| | | |
|---|---|---|
| 19-CR-72 | | USA V. CHARLES SINEGAL III |
| | G: | Russell James |
| | D: | James Makin |

| | | |
|---|---|---|
| 19-CR-86 | | USA V. JOSHUA WHISNEANT |
| | G: | Russell James |
| | D: | John McElroy |

| | | |
|---|---|---|
| 19-CR-96 | | USA V. EDDIE DWIGHT DAVIS |
| | G: | Randy Fluke |
| | D: | Gary Bonneaux |