

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL NO. 1:17-CR-153-TH |
| ARTURO ELIZONDO, | § | 2, 4, 6, 7 & 8 |
| RICARDO AVILES, | § | |
| JOSE RUBIO-VILLEGAS, | § | |
| INES RUBIO-VILLEGAS and | § | |
| ALEXANDER ALONSO-MASCORRO | § | |

# ORDER ADOPTING PART I OF REPORT AND RECOMMENDATION REGARDING MOTIONS SEEKING LEAVE TO ADOPT CO-DEFENDANT WORRELL'S MOTION TO SUPPRESS

This Court referred motions [Clerk's Docket Nos. 212, 280, 299, 317, 278 & 308] filed by the defendants identified by name and number above seeking to adopt *Defendant Worrell's Motion to Suppress Wiretap Evidence* [Clerk's Docket No. 172] to the magistrate judge for consideration pursuant to 28 U.S.C. § 636(b)(1)(A)-(C); LOCAL COURT RULE CR-59.

The magistrate judge recommended [Clerk's Docket No. 311] in Part I of the report that this Court grant the co-defendants' motions seeking leave to adopt Mr. Worrell's request to suppress certain wiretap evidence. No objection to this portion of the report and recommendation filed by any party.

**IT IS THEREFORE ORDERED** that the magistrate judge's recommendation regarding the motions [Clerk's Docket Nos. 212, 280, 299, 317, 278 & 308] seeking leave to adopt Mr. Worrell's motion to suppress wiretap evidence is **ADOPTED**.

**IT IS FURTHER ORDERED** that leave for the defendants identified above to adopt Mr. Worrell's motion [Clerk's Docket No. 172] to suppress wiretap evidence is **GRANTED**.

**IT IS FURTHER ORDERED** that the wiretap evidence excluded by this Court [Clerk's Docket No. 220] on Mr. Worrell's motion for the failure of the wiretap orders to contain the identity of the high-level Justice Department official who approved the applications is likewise **SUPPRESSED** with respect to the above identified defendants.

**SO ORDERED.**

**SIGNED** this the **20** day of **November, 2019.**

_____
Thad Heartfield
United States District Judge