IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CASE NUMBER 1:17-CR-00153-TH |
| v. | § § § | |
| ALVARO ROMERO (1), | § | |
| ARTURO ELIZONDO (2), | § | |
| RICARDO AVILES (4), | § | |
| JOSE RUBIO-VILLEGAS (6), | § | |
| INES RUBIO-VILLEGAS (7), | § | |
| ALEXANDER ALONSO-MASCORRO (8), | § | |
| and SIDNEY ANTHONY WORRELL (10) | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**<u>REPORT AND RECOMMENDATION</u>**

Pending before the undersigned is Defendant, Sidney Anthony Worrell's, "Motion to Suppress Text Messages, Cooperating Witness Testimony and Physical Evidence."[1] (Doc. No. 370.) The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. (Doc. No. 361.)

Judge Hawthorn recommended denying the Defendants' "Motion to Suppress Text Messages, Cooperating Witness Testimony and Physical Evidence." (Doc. No. 400.) No objections to his Report and Recommendation have been filed.

Accordingly, the court finds that Judge Hawthorn's findings, conclusions and analysis are correct, and his report is **ADOPTED**. It is further

---

[1] Defendants Alonso-Mascorro (Doc. No. 373), Jose Rubio-Villegas (Doc. No. 374), Alvaro Romero (Doc. No. 375), and Ines Rubio-Villegas (Doc. No. 379) filed motions to adopt Worrell's motion to suppress, which were granted on March 6, 2020. (Doc. No. 400.)

1

**ORDERED** that the Defendants' "Motion to Suppress Text Messages, Cooperating Witness Testimony and Physical Evidence" (Doc. No. 370) is **DENIED**.

**SIGNED** this the 25 day of **March, 2020.**

_____
Thad Heartfield
United States District Judge